# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| DIRECTORS FINANCIAL GROUP, a California Corporation <br><br> *Plaintiff(s)* <br> v. <br><br> JOSEPH SAVINO, an individual residing in the State of Illinois; VINCENT LIGUORI, an individual residing in the State of Nevada; (See additional Defendants on Attachment) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 8:17-cv-18 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSEPH SAVINO, an individual residing in the State of Illinois; VINCENT LIGUORI, an individual residing in the State of Nevada; MICHAEL DOERR, an individual residing in the State of Illinois; JOHN BENEDICT BOETSCHER, an individual residing in the State of Illinois; GIOVANNI VALDEZ; an individual residing in the State of Illinois; DAVID YANEZ, an individual residing in the State of Illinois; DANIEL HARLAN, an individual residing in the State of Illinois; AMERICAN FINANCIAL NETWORK, INC., a California Corporation; and DOES 1 through 100, inclusive,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Thomas S. Ingrassia, Esq.
Jennifer N. Lutz, Esq.
Cameron O. Flynn, Esq.
PETTIT KOHN INGRASSIA & LUTZ PC
11622 El Camino Real, Suite 300
San Diego, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:17-cv-18

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                               _____
                                     *Server's signature*

                               _____
                                     *Printed name and title*

                               _____
                                     *Server's address*

Additional information regarding attempted service, etc:

1 | **Case No. 8:17-cv-18**

2 | **Attachment to Summons in a Civil Action:**

3 | Additional Defendants are as follows:

4 | MICHAEL DOERR, an individual residing in the State of Illinois;
JOHN BENEDICT BOETSCHER, an individual residing in the State of Illinois;
5 | GIOVANNI VALDEZ; an individual residing in the State of Illinois;
DAVID YANEZ, an individual residing in the State of Illinois;
6 | DANIEL HARLAN, an individual residing in the State of Illinois;
AMERICAN FINANCIAL NETWORK, INC., a California Corporation; and
7 | DOES 1 through 100, inclusive,