**ROWE | MULLEN LLP**
Martin Mullen (SBN 137974)
James S. Brasher (SBN 171139)
3636 Nobel Drive, Suite 215
San Diego, California 92122
Telephone: (858) 404-9800
Facsimile: (858) 404-9833
Email: mullen@rowemullen.com
brasher@rowemullen.com

**Law Office of Brett C. La Cues**
Brett La Cues (SBN 234865)
2635 Camino Del Rio S., Ste. 208
Mission Valley, CA 92108
Telephone: (619) 269-9963
Email: brett@lacueslaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DIRECTORS FINANCIAL GROUP, a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH SAVINO, an individual residing in the State of Illinois; VINCENT LIGUORI, an individual residing in the State of Nevada; MICHAEL DOERR, an individual residing in the State of Illinois; JOHN BENEDICT BOETSCHER, an individual residing in the State of Illinois; GIOVANNI VALDEZ, an individual residing in the State of Illinois; DAVID YANEZ, an individual residing in the State of Illinois; DANIEL HARLAN, an individual residing in the State of Illinois; AMERICAN FINANCIAL NETWORK, INC.; a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 8:17-cv-00018-AG (JCGx)<br><br>**JUDGMENT**<br><br><br><br><br>Judge: Hon. Andrew J. Guilford |

| | |
|---|---|
| 1 | On May 11, 2018, Defendants JOSEPH SAVINO, ET AL., moved this Court, |
| 2 | for dismissal of this case with prejudice. The motion was heard on June 18, 2018 at |
| 3 | 10:00 a.m. in Courtroom 10D of the above-entitled court, The Honorable Andrew J. |
| 4 | Guilford presiding. |

On May 11, 2018, Defendants JOSEPH SAVINO, ET AL., moved this Court, for dismissal of this case with prejudice. The motion was heard on June 18, 2018 at 10:00 a.m. in Courtroom 10D of the above-entitled court, The Honorable Andrew J. Guilford presiding.

After reviewing the papers submitted, as well as oral argument thereon, and good cause appearing therefrom, the Court ruled that:

1. Defendants' Motion to Dismiss is GRANTED.

2. The entire case is dismissed with prejudice.

**IT IS ACCORDINGLY HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment is entered against the plaintiff DIRECTORS FINANCIAL GROUP who will recover nothing and the case is dismissed with prejudice.

Dated: July 17, 2018

JUDGE OF THE DISTRICT COURT
ANDREW J GUILFORD