**ROWE | MULLEN LLP**
Martin Mullen (SBN 137974)
James S. Brasher (SBN 171139)
3636 Nobel Drive, Suite 215
San Diego, California 92122
Telephone: (858) 404-9800
Facsimile: (858) 404-9833
Email:     mullen@rowemullen.com
           brasher@rowemullen.com

**Law Office of Brett C. La Cues**
Brett La Cues (SBN 234865)
2635 Camino Del Rio S., Ste. 208
Mission Valley, CA 92108
Telephone: (619) 269-9963
Email:     brett@lacueslaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DIRECTORS FINANCIAL GROUP, a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH SAVINO, an individual residing in the State of Illinois; VINCENT LIGUORI, an individual residing in the State of Nevada; MICHAEL DOERR, an individual residing in the State of Illinois; JOHN BENEDICT BOETSCHER, an individual residing in the State of Illinois; GIOVANNI VALDEZ, an individual residing in the State of Illinois; DAVID YANEZ, an individual residing in the State of Illinois; DANIEL HARLAN, an individual residing in the State of Illinois; AMERICAN FINANCIAL NETWORK, INC.; a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 8:17-cv-00018-AG (JCGx)<br><br>**AMENDED JUDGMENT**<br><br><br><br>Judge: Hon. Andrew J. Guilford |

On May 11, 2018, Defendants JOSEPH SAVINO, ET AL., moved this Court, for dismissal of this case with prejudice. The motion was heard on June 18, 2018 at 10:00 a.m. in Courtroom 10D of the above-entitled court, The Honorable Andrew J. Guilford presiding.

After reviewing the papers submitted, as well as oral argument thereon, and good cause appearing therefrom, the Court ruled that:

1. Defendants' Motion to Dismiss is GRANTED.

2. The entire case is dismissed with prejudice.

On July 31, 2018, Defendants JOSEPH SAVINO, ET AL., moved this Court, for an award of attorneys' fees in an amount of $73,657.50. The motion was heard on September 10, 2018 at 10:00 a.m. in Courtroom 10D of the above-entitled court, The Honorable Andrew J. Guilford presiding.

After reviewing the papers submitted, as well as oral argument thereon, and good cause appearing therefrom, the Court ruled that:

1. Defendants' Motion for Attorneys' Fees is GRANTED in part and denied in part.

2. The Court awards $35,000 in attorneys' fees to Defendants as the prevailing parties.

**IT IS ACCORDINGLY HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment is entered in favor of Defendants and against plaintiff DIRECTORS FINANCIAL GROUP who will recover nothing by its Complaint and the case is dismissed with prejudice.

2. Judgment is further entered in favor of Defendants and against plaintiff DIRECTORS FINANCIAL GROUP in the amount of $35,000 for attorneys' fees.

Dated: September 25, 2018

US DISTRICT JUDGE ANDREW J GUILFORD

AFN DFG - Amended Judgment in Pleading Form (00201253xAF9E9) 2

**AMENDED JUDGMENT**